UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jan Love,

        Plaintiff,

v.                                                 Civil No. 08-2612 (JNE/JSM)
                                               ORDER

Pfizer, Inc., and Pharmacia
& Upjohn Company, LLC,

        Defendants.

Plaintiff filed this action on June 19, 2008, alleging that Provera, a product distributed by a predecessor of Pharmacia & Upjohn Company, LLC, caused her breast cancer. In 2004, Plaintiff filed suit against Wyeth, Inc., and Wyeth Pharmaceuticals, Inc., in the Southern District of Georgia alleging that Premarin and Prempro, products produced by Wyeth, caused her breast cancer. *See Love v. Wyeth, Inc.*, No. 4:04-cv-64 (S.D. Ga. filed Apr. 27, 2004). The Georgia action is pending.

This case is before the Court on Plaintiff's motion to transfer venue to the Southern District of Georgia, Savannah Division, pursuant to 28 U.S.C. § 1404(a) (2006), which provides that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." A hearing on the motion is scheduled for July 29, 2010. Plaintiff, a resident of Georgia, asserts that she suffered her injury in Georgia and that several essential witnesses reside in Georgia. In light of Plaintiff's pending action in the Southern District of Georgia, Defendants do not oppose transfer. The Court concludes that the convenience of the parties and witnesses and the interest of justice favor transfer to the Southern District of Georgia, Savannah Division. Therefore, IT IS ORDERED THAT:

       1.       Plaintiff's motion to transfer venue [Docket No. 10] is GRANTED.

2. The hearing scheduled for July 29, 2010, is CANCELLED.

3. This action is TRANSFERRED to the United States District Court for the Southern District of Georgia, Savannah Division.

4. The Clerk of Court is directed to effect the transfer.

Dated: July 22, 2010

        s/ Joan N. Ericksen
        JOAN N. ERICKSEN
        United States District Judge